IN THE SUPREME COURT OF THE STATE OF DELAWARE

RIDGEWOOD MANOR II INC.,  §
*et al.*,  §
  §  No. 495, 2015
  Plaintiffs Below,  §
  Appellants,  §
  §  Court Below – Court of Chancery
  v.  §  of the State of Delaware
  §
DELAWARE MANUFACTURED,  §  C.A. No. 8528
HOME RELOCATION  §
AUTHORITY, *et al.*,  §
  §
  Defendants Below,  §
  Appellees.  §

Submitted: March 2, 2016
Decided: March 4, 2016

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## <u>ORDER</u>

On this 4th day of March, 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed. The case should have been resolved against the plaintiffs in the first instance on timeliness grounds, which would have saved the parties the time and expense of litigation. Nonetheless, the Court of Chancery having reached the merits, we affirm for the reasons assigned by the Court of Chancery in its August 31, 2015 Letter Opinion.

NOW, THEREFORE IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice